FILED
2007 Aug-10 PM 01:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| JOSHUA SHANE WHISENANT, et al., ) ) ) **Plaintiffs,** ) ) v. ) ) AMERICA'S RECOVERY ) NETWORK, INC., et al., ) ) **Defendants.** ) | Civil Action No.: 07-CV-01280-IPJ |

### PLAINTIFFS' MOTION TO VOLUNTARY DISMISS CLAIMS AGAINST WEST ASSET MANAGEMENT, INC. AND NCO FINANCIAL SYSTEMS, INC. ONLY

Come now the Plaintiffs and respectfully request this Honorable Court to dismiss Plaintiffs' claims against only West Asset and NCO as follows:

1. The Plaintiff and two Defendants – West Asset and NCO - have resolved their differences and desire that the claims against only these two Defendants be dismissed with prejudice, costs taxed as paid.

2. No answer or motion for summary judgment has been filed by these two Defendants – West Asset and NCO.

3. The Plaintiff and the settling Defendants West Asset and NCO intend for the case to proceed between the Plaintiff and the remaining four

Defendants - America's Recovery Network, Inc., Franklin Collection Service, Inc, I.C. System, Inc. and Pinnacle Financial Group, Inc.

4. The granting of this Motion will not prejudice any party nor will it delay this case in any manner.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests this Honorable Court to grant this Motion by dismissing the Defendants West Asset and NCO only from the case and allow the case to proceed against the remaining Defendants.

Respectfully submitted,

s/John G. Watts
John G. Watts
Watts Law Group, PC
15 Office Park Circle, Suite 206
P.O. Box 531168
Birmingham, AL 35253
**ASB-5819-T82J**
Phone 205-879-2447
Fax 205-879-2882
john@wattslawgroup.com

## **CERTIFICATE OF SERVICE**

This is to certify that on the 10th day of August 2007, a true and correct copy of the above and foregoing document has been electronically filed with the foregoing Clerk of the Court using the CM/ECF system and/or served via email or U.S. mail as noted below:

John W. Scott, Esq.
Aimee P. Keane, Esq.
Scott Dukes & Geisler, P.C.
Concord Center
2100 Third Avenue North, Suite 700
Birmingham, Alabama 35203
jscott@scottdukeslaw.com
akeane@scottdukeslaw.com

*Attorneys for Defendant I.C. Systems, Inc. & Franklin Collection Service, Inc.*

Neal D. Moore, Esq.
Ferguson, Frost & Dodson
2500 Acton Road, Suite 200
Birmingham, Alabama 35243
ndm@ffdlaw.com

*Attorney for Pinnacle Financial Group*

VIA U.S. MAIL
America's Recovery Network, Inc.
c/o Robert Green
6498 Cottontail Trail
Burlington, KY 41005

VIA EMAIL
Kenneth C. Grace, Esq.
9009 Corporate Lake Drive, Suite 300-S
Tampa, Florida 33634-2367
kgrace@sessions-law.biz

*Attorney for NCO*

4

VIA EMAIL
West Asset Management
c/o Lisa Wilson
2253 Northwest Parkway
West Asset Management, Inc.
Marietta, GA 30067
LEWilson@west.com


                                        /s/ John G. Watts
                                        Of Counsel