IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

JOSHUA SHANE WHISENANT,
et al.,

    PLAINTIFFS,

v.                                              CASE NO. CV-07-J-1280-NE

AMERICA'S RECOVERY NETWORK, INC.,
et al.,

    DEFENDANTS.

## ORDER

The plaintiffs having filed a motion to voluntarily dismiss claims against West Asset Management, Inc., and NCO Financial Systems, Inc., only (doc. 12), and the court having considered said motion and being of the opinion said motion is due to be granted;

It is therefore **ORDERED** by the court that said motion be and hereby is **GRANTED.** Plaintiffs' claims against defendants West Asset Management, Inc., and NCO Financial Systems, Inc., are **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

    **DONE** and **ORDERED** this the 15th day of August, 2007.

                                                              INGE PRYTZ JOHNSON
                                                               U.S. DISTRICT JUDGE