FILED

2008 Jan-16  PM 01:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| JOSHUA SHANE WHISENANT, an individual; and VALERIE LYNN WHISENANT, an individual, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO.: 5:07-cv-01280-IPJ |
| v. | ) ) | UNOPPOSED |
| AMERICA'S RECOVERY NETWORK, INC., et al., | ) ) ) | |
| Defendants. | ) | |

## PRO TANTO MOTION FOR DISMISSAL

COMES NOW Plaintiffs Joshua Shane Whisenant and Valerie Lynn Whisenant (collectively, the "Whisenants"), and Defendant Franklin Collection Service, Inc., by and through their undersigned counsel, and hereby move, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, that all claims asserted by the Whisenants in the above-styled action against Defendant Franklin Collection Service, Inc. be dismissed without prejudice, each party to bear its own costs.  This is a pro tanto dismissal and shall not operate as a dismissal of the Whisenants' claims against any other remaining defendant in this action.  This motion is unopposed by all parties who have appeared in this action.

DATED: January 16, 2008.

Respectfully submitted,


/s/ John G. Watts
                    John G. Watts
                    Attorney for Plaintiffs
                    Joshua Whisenant and
                    Valerie Whisenant


**OF COUNSEL**:
Watts Law Group, PC
15 Office Park Circle, Suite 206
P.O. Box 531168
Birmingham, Alabama 35253
(205) 879-2447


/s/ John W. Scott
                    John W. Scott
                    Aimee P. Keane
                    Attorney for Defendant
                    Franklin Collection Service, Inc.


**OF COUNSEL:**
SCOTT DUKES & GEISLER, P.C.
2100 Third Avenue North, Suite 700
Birmingham, Alabama 35203
(205) 251-2300

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  **M. Stan Herring, Esq., and Neal D. Moore, III, Esq.**

/s/ John W. Scott
Of Counsel

42299.1

3