# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

JOSHUA SHANE WHISENANT,
et al.,

    PLAINTIFFS,

v.                            CASE NO. CV-07-J-1280-NE

AMERICA'S RECOVERY NETWORK, INC.,
et al.,

    DEFENDANTS.

## ORDER

The plaintiffs having filed a motion for pro tanto dismissal of their claims against defendant Franklin Collection Services, Inc., only (doc. 21), and the court having considered said motion and being of the opinion said motion is due to be granted;

It is therefore **ORDERED** by the court that said motion be and hereby is **GRANTED.** Plaintiffs' claims against defendant Franklin Collection Services, Inc., are **DISMISSED WITHOUT PREJUDICE**, each party to bear its own costs.

    **DONE** and **ORDERED** this the 17th day of January, 2008.

                                                INGE PRYTZ JOHNSON
                                                U.S. DISTRICT JUDGE