# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| JOSHUA SHANE WHISENANT, an individual; VALERIE LYNN WHISENANT, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICA'S RECOVERY NETWORK, INC. a Corporation; FRANKLIN COLLECTION SERVICE, INC., a Corporation; I.C. SYSTEM, INC., a Corporation; NCO FINANCIAL SYSTEMS, INC., a Corporation; PINNACLE FINANCIAL GROUP, Inc., a Corporation; WEST ASSET MANAGEMENT, INC., a CORPORATION,<br><br>Defendants. | Court File No.: 5:07-cv-01280-IPJ |

## **MOTION TO DISMISS**

COMES NOW the defendant, Pinnacle Financial Group, Inc., and requests this Honorable Court to dismiss all claims against it and as grounds therefore states as follows:

1.    The parties have reached a resolution of all claims between them via a separate agreement.

2. All other claims against parties not previously released remain intact.

Respectfully Submitted,

.          /s/ Neal D. Moore, III
Neal DeWitt Moore, III
FERGUSON, FROST & DODSON
2500 Acton Road, Suite 200
Birmingham, Al  35243
Ph: 205.879.8722
Fx: 205.879.8831
Email: ndm@ffdlaw.com

**CERTIFICATE OF SERVICE**

This is to certify that on this the 17th day of January, 2008, a copy of the foregoing document has been served via U.S. Mail on the following:

John G. Watts
700 29th Street South, Suite 201
Birmingham, Alabama  35223

M. Stan Herring
M. Stan Herring, P.C.
700 29th Street South, Suite 201
Birmingham, Alabama  35223

 /s/ Neal D. Moore, III
OF COUNSEL

158376