# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

JOSHUA SHANE WHISENANT,
et al.,

    PLAINTIFFS,

v.                          CASE NO. CV-07-J-1280-NE

AMERICA'S RECOVERY NETWORK, INC.,
et al.,

    DEFENDANTS.

## ORDER

Defendant Pinnacle Financial Group, Inc., having filed a motion to dismiss the claims against it (doc. 23) and the court finding the plaintiffs against this defendant have been amicably resolved;

It is therefore **ORDERED** by the court that said motion be and hereby is **GRANTED.** Plaintiffs' claims against defendant Pinnacle Financial Group, Inc., are **DISMISSED**, each party to bear its own costs.

**DONE** and **ORDERED** this the 18th day of January, 2008.

                                      INGE PRYTZ JOHNSON
                                      U.S. DISTRICT JUDGE