
# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **JOSHUA WAYNE WHISENANT,** an individual; **VALERIE LYNN WHISENANT,** an individual, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| **AMERICA'S RECOVERY NETWORK, INC.,** a Corporation; **FRANKLIN COLLECTION SERVICE, INC.,** a Corporation; **I.C. SYSTEM, INC.,** a Corporation; **NCO FINANCIAL SYSTEMS, INC.,** a Corporation; **PINNACLE FINANCIAL GROUP, INC.,** a Corporation; **WEST ASSET MANAGEMENT, INC.,** a Corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**CIVIL ACTION NO.:**
**5:07-cv-01280-IPJ**

### DEFENDANT I.C. SYSTEM, INC.'S
### MOTION TO DISMISS OR, IN THE ALTERNATIVE,
### TO CONTINUE DEADLINES AND TRIAL DATE

COMES NOW Defendant I.C. System, Inc. ("ICS") and, pursuant to Rules 37 and 41 of the Federal Rules of Civil Procedure, moves this Honorable Court to dismiss Plaintiffs Valerie and Joshua Whisenant's Complaint and all claims against ICS, with prejudice, for Plaintiffs' failure to comply with this Court's Orders. In the alternative, ICS moves the Court to continue the dispositive motions deadline and the

trial date for this action.  In support of this Motion, ICS shows unto the Court the following:

    1.    This Court, upon withdrawal of Plaintiffs' counsel, entered an Order requiring the Plaintiffs to notify the Court by June 4, 2008 whether they had retained new counsel or would proceed pro se (Doc. 33).  Plaintiffs failed to respond to this order.

    2.    On May 12, 2008, this Court entered an Order requiring Plaintiffs to show cause by June 5, 2008 why the case should not be dismissed for their failure to respond to ICS's outstanding discovery (Doc. 35).  Plaintiffs have not responded to the Court's May 12 show cause order.

    3.    This Court's scheduling order (Doc. 18) sets June 15, 2008 as the deadline for filing dispositive motions and July 21, 2008 as the trial date.  ICS is the only remaining served-defendant in this action.[1]  Given Plaintiffs continuing failure to respond to the Court's orders and to ICS's discovery, ICS should not, as this time, be put to the time, trouble and expense of filing a substantive dispositive motion or to prepare for trial.  Moreover, if and when Plaintiffs elect to prosecute this case, ICS is entitled to complete discovery responses before it addresses the merits of Plaintiffs'

---

[1] All other served defendants have been dismissed.  Defendant America's Recovery Network, Inc. was apparently never served and has not appeared.

claims.

WHEREFORE, PREMISES CONSIDERED, ICS respectfully requests that the Court dismiss Plaintiffs' Complaint and all claims against ICS with prejudice or, in the alternative, continue the deadline for the filing of dispositive motions and continue the trial date of this action.

| | |
|---|---|
| Dated: June 9, 2008 | Respectfully submitted, |
| **OF COUNSEL:** | /s/ John W. Scott |
| SCOTT DUKES & GEISLER, P.C. | Bar Number: ASB-1788-T68J |
| 2100 Third Avenue North, Suite 700 | |
| Birmingham, Alabama 35203 | John W. Scott |
| Telephone: (205) 251-2300 | |
| Telecopier: (205) 251-6773 | |
| | Counsel for Defendant, |
| E-mail addresses: | I.C. System, Inc. |
| jscott@scottdukeslaw.com | |

## CERTIFICATE OF SERVICE

 I hereby certify that on this date the undersigned served a copy of the foregoing on the following by United States mail, first-class, postage prepaid, at the following last-known address for Plaintiffs:

Valerie Lynn Whisenant
901 8th Street
Bridgeport, AL 35740

Joshua Shane Whisenant
901 8th Street
Bridgeport, AL 35740

Done this the 9th day of June, 2008.

            /s/ John W. Scott
            Of Counsel

43311