# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| JOSHUA WAYNE WHISENANT, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) CV 07-J-1280-NE |
| AMERICA'S RECOVERY NETWORK, INC., et al., | ) |
| Defendants. | ) |

## ORDER

Plaintiff having failed to respond to the court's Orders of May 5, 2008, and May 12, 2008,

It is therefore ORDERED by the court that this case be and hereby is DISMISSED without prejudice due to the plaintiff's failure to prosecute.

**DONE** and **ORDERED** this 9th day of June 2008.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE